IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLEE D. HAMILTON | ) | CASE NO. 4:05CV3246 |
| SSN: xxx-xx-3357 | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

THIS MATTER having come on regularly for consideration before the undersigned Judge on the Motion and Affidavit of Plaintiff for leave to proceed with the action in forma pauperis, and it appearing to the Court that Plaintiff is entitled to so proceed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff is authorized to proceed with this action in forma pauperis, without being required to pay fees and costs of process, in accordance with the provisions of 28 U.S.C.A.§ 1915.

DATED this 23rd day of September, 2005.

BY THE COURT:

_____
U.S. ~~District~~ Judge
Magistrate