IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLEE D. HAMILTON, | Case Number:  4:05CV3246 |
| Plaintiff, | |
| v. | REASSIGNMENT ORDER |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

The Clerk's office has been advised that the parties do not consent to proceed before a United States Magistrate Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to Chief Judge Joseph F. Bataillon for disposition and for judicial supervision and processing of all pretrial matters.

DATED this 2nd day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court